IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |  |
|---|---|---|
| MALLORY C. JONES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:13-CV-232 (CAR) |
| MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION, and JEANETTA WATSON, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER ON PARTIES' JOINT MOTION FOR ENTRY OF CONSENT SCHEDULING ORDER**

Before the Court is the Parties' Joint Motion for Entry of a Consent Scheduling Order in lieu of the Court's Regular Scheduling and Discovery Order [Doc. 11]. Having considered the Parties' Motion, the Motion is **GRANTED** as follows:

The Court will continue to retain jurisdiction as provided in its Consent Order [Doc. 5] entered on July 9, 2013, in the event that any further substantive relief might be required in connection with the October 15, 2013 run-off elections or otherwise. After the conclusion of the run-off elections, the parties are hereby **DIRECTED** to

inform the Court of any pending substantive issues by **November 15, 2013**.  If no pending substantive issues remain on that date, the Court will enter judgment in favor of Plaintiff in accordance with the Consent Order [Doc. 5].

The parties are further ORDERED to confer in good faith in an effort to resolve Plaintiff's claim for attorneys' fees.  If the parties are unable to resolve Plaintiff's fee claim after good faith efforts to do so, Plaintiff may file a motion for attorneys' fees pursuant to law and this Court's Local Rules.  In that event, the Court will determine the amount of fees to be awarded.

No further scheduling or discovery order need be filed by the parties.

**SO ORDERED,** this 11th day of October, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

ADP