UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALLORY C. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and JEANETTA WATSON, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO.: 5:13-cv-00232-CAR |

## STATUS REPORT

This Court entered an order on October 11, 2013 [Doc. 12], directing the parties to report to the Court the status of this action by November 15, 2013 after runoff elections were conducted. Plaintiff hereby makes this report in accordance therewith.

Defendants conducted the October 15th runoff election for those seats on the commission for which no candidate had received a majority of the votes cast in the initial election. One of those run-off elections was for Commission District 2, the candidates for which were Henry C. Ficklin and Larry Schlesinger. The instant defendants certified Mr. Schlesinger as the winner of that runoff election, the

difference between the 2 candidates being 26 votes.  Subsequently, an election contest was filed by the losing candidate, Mr. Ficklin.  *See, Henry C. Ficklin v. Janetta Watson, et al.*, Civil Action File No. 13CV60102 (Exhibit 1 attached hereto).  The principal issue in that case involves the allegation that certain voters were placed in the wrong election district and, as a consequence, were given incorrect ballots in the run-off election. The plaintiff further alleges that a sufficient number of such voters were affected so as to place the outcome in doubt.

An initial question is whether this Court may desire to exercise jurisdiction over the issues raised in the election contest.  The Court's July 7, 2013 equitable order was predicated on the defendants' use of S.B. 25 as the redistricting plan for conducting the Commission elections.  [Doc. 5].  The petition in the election contest is based on the premise that voters for Commission District 2 were not allocated according to the statutory directive of S.B. 25.

Among other things, this Court's July 7th order provided:

> ORDERED that the Court will retain jurisdiction to enter such other and further orders as may become appropriate in connection with the conduct of the elections affected by the Court's order.

[Doc. 5, p. 9].  Under these circumstances, this Court may have the authority to hear and determine the issues raised in the election contest. Whether this Court chooses to let the election contest proceed in the Bibb County Superior Court, is a

matter left to this Court's discretion.  In any event, it is a matter that plaintiff believes this Court should be aware of given its continuing jurisdiction.

The Court's October 11th order also ordered the parties to "confer in good faith in an effort to resolve plaintiff's claim for attorney's fees." [Doc. 12, p. 2]. On July 17, 2013, four months ago, plaintiff presented defendants a detailed itemization of the time that plaintiff's counsel had expended in this action. Plaintiff also advised defense counsel that plaintiff was amenable to negotiating a proper settlement of plaintiff's fee claim in the hope that it would be unnecessary to expend the additional time filing and litigating a fee motion, and requiring this Court to determine the matter.

Unfortunately, however, to this date defendants have refused to make any offer of any amount by way of settlement.  Neither have they indicated that they intended to authorize their counsel to negotiate a settlement of plaintiff's fee claim. Plaintiff is advised that defense counsel will soon be meeting with their clients to once again explore the possibility of defendants agreeing to "confer in good faith in an effort to resolve plaintiff's claim for attorney's fees," as ordered by this Court.  Plaintiff has no idea, of course, whether the County Commission will in fact authorize any offer of settlement at that time.

RESPECTFULLY SUBMITTED:

_____
David F. Walbert
Georgia Bar No. 730450
dwalbert@pcwlawfirm.com
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com

PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000 Telephone
*Counsel for Plaintiff*

OF COUNSEL:

Harlan S. Miller
Georgia Bar No. 506709
hmiller@pcwlawfirm.com
PARKS, CHESIN & WALBERT, P.C.
3646 Vineville Avenue
Macon, GA  31204
(478) 216-8529 Telephone



IN THE SUPERIOR COURT OF BIBB COUNTY
STATE OF GEORGIA

HENRY C. FICKLIN,            )
                             )
            Petitioner,      )
                             )
vs.                          )
                             )
                             )   CIVIL ACTION FILE NO.
JANETTA WATSON, IN HER OFFICIAL )
CAPACITY AS BIBB COUNTY      )   13CV60102
SUPERVISOR OF ELECTIONS;     )
MACON-BIBB COUNTY BOARD OF   )
ELECTIONS; and LARRY         )
SCHLESINGER                  )
                             )
            Respondents.     )
                             )

### PETITION TO CONTEST THE RESULTS OF THE OCTOBER 15, 2013 NON-PARTISAN SPECIAL ELECTION RUNOFF FOR THE MACON- BIBB COUNTY BOARD OF COMMISSIONERS DISTRICT 2

COMES NOW, the above-named Petitioner, a duly eligible contestant under O.C.G.A. §21-2-521 and hereby contests the results of the Macon-Bibb County Special Non-Partisan Election Runoff for Commission District 2 showing the Court the following:

1.

Petitioner Henry C. Ficklin was a qualified candidate on the October 15, 2013, ballot for District 2 and is an authorized contestant under O.C.G.A. §21-2-521.

2.

Defendant Janetta Watson is the Supervisor of Elections for the Macon-Bibb County Board of Elections and is sued in her official capacity.

**EXHIBIT 1**

13CV60102

3.

The Defendant Macon-Bibb County Board of Elections is a corporate body under Georgia Law established pursuant to Act No 415 (1969 Georgia Laws, page 3331) and is subject to suit.

4.

Larry Schlesinger, is an individual who was a candidate for the District 2 seat to the Macon-Bibb County Board of Commissioners on the October 15, 2013 Runoff Election.

5.

The Defendant has jurisdiction over the registration of voters and the conduct of Primary and runoff elections for the County of Bibb and the City of Macon.

6.

The Petitioner desires to contest the results of the October 15, 2013 runoff election for Macon-Bibb County Commission District 2.

7.

The candidates for Commission District 2 in the Special Non-partisan Election Runoff election on October 15, 2013 were Henry C. Ficklin and Larry Schlesinger.

8.

The results of the September 17, 2013 Special Nonpartisan Election for the Macon-Bibb County Commission District 2 election were certified on September 20, 2013. The results of the race determined that Petitioner Henry C. Ficklin and Defendant Larry Schlesinger would meet in a runoff to be held October 15, 2013.

13CV60102

9.

The results of the October 15, 2013 Special Non-partisan Election Runoff were certified by recount on October 22, 2013.

10.

Upon information and belief the Petitioner's name was not included on absentee ballots sent out to prospective absentee voters prior to the runoff election of October 15, 2013.

11.

The number of prospective absentee voters for which an absentee ballot was sent, which did not include the name of the Petitioner, as a candidate for the District 2 seat, far out number the difference in votes between the Petitioner and candidate Larry Schlesinger.

12.

Further, upon information and belief the Petitioner's name was omitted from the electronic ballots voted in person by those persons appearing to vote in person at certain precincts within the Defendant's jurisdiction for the District 2 seat.

13.

The number of prospective in person voters for which an electronic ballot omitted the name of the Petitioner as a candidate for the District 2 seat far out number the difference in votes between the Petitioner and candidate Larry Schlesinger.

14.

The results of the October 15, 2013 runoff election showed that candidate Larry Schlesinger received 1,711 votes and candidate Henry C. Ficklin received 1,685 votes in the District 2 race. The difference after the recount on October 22, 2013 was 26 votes.

13CV60102

15.

The number of qualified electors who would have, but did not have the opportunity to cast a ballot for candidate Henry C. Ficklin, either in person or as an absentee elector, far exceeds the 26 vote margin in the total votes received by each candidate.

16.

Petitioner states that the Macon-Bibb County Board of Elections erroneously certified the results of the election for the following reasons:

(1) misconduct, fraud, or irregularity in the counting of runoff election absentee ballots by election officials sufficient to change or place in doubt the result;

(2) the counting and receipt of absentee votes not containing the name of Petitioner as a candidate for the District 2 seat sufficient to change or place in doubt the result; and;

(3) the erroneous counting of in person ballots not containing the name of Petitioner as a candidate for the District 2 seat sufficient to change or place in doubt the result the runoff election, where such errors, if corrected, would change the result of the election.

WHEREFORE Petitioner prays that the court enter an order declaring the following:

a) That Notice and process issue as provided by law;

b) That a hearing be held in order to receive evidence and testimony concerning the allegations of this Petition;

c) That the official election results be declared null and void and that the Defendant Larry Schlesinger be enjoined from taking office until such time as the court can inquire

4

13CV60102

into and receive evidence on the allegations set forth in this Petition;

d) That the Court use its authority under O.C.G.A. §21-2-527 and find that this election is so defective as to the ballots that were issued on October 15, 2013 that the Court shall render this election invalid and call for a second election to be he ld; and.

e) That Petitioner have such further relief as the Court may deem just and equitable.

Respectfully submitted, this 28th day of October, 2013.

Henry C. Ficklin
Petitioner

5

IN THE SUPERIOR COURT OF BIBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HENRY C. FICKLIN,              )<br>                                              )<br>          Petitioner,              )<br>                                              )<br>vs.                                         )<br>                                              )<br>                                              )<br>JANETTA WATSON, IN HER OFFICIAL )<br>CAPACITY AS BIBB COUNTY   )<br>SUPERVISOR OF ELECTIONS;  )<br>MACON-BIBB COUNTY BOARD OF )<br>ELECTIONS; and LARRY           )<br>SCHLESINGER                       )<br>                                              )<br>          Respondents.          )<br>-------------------------------------------- ) | CIVIL ACTION<br><br>FILE NO. __13CV60102__ |

### CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the PETITION TO CONTEST THE RESULT OF THE SPECIAL NONPARTISAN ELECTION RUNOFF FOR MACON-BIBB COMMISSION DISTRICT 2 on the following persons and entities:

VIA: Service of Process
Janetta Watson
Bibb County Supervisor of Elections
2445 Pio Nono Avenue
Macon, GA 31206

VIA: Service of Process
Bibb County Supervisor of Elections
2445 Pio Nono Avenue
Macon, GA 31206

VIA Certified Mail
State Board of Elections
2 MLK Jr. Dr.S.E.
Sute 802, Floyd West Tower

Atlanta, GA 30334

Brian Kemp, Chairperson
State Board of Elections
214 State Capital
Atlanta, GA 30334

13CV60102

*Henry C. Ficklin*
Henry C. Ficklin
Petitioner

SUMMONS                     SC-85-1

IN THE SUPERIOR/~~STATE~~ COURT OF __Bibb__ COUNTY
STATE OF GEORGIA

13CV60102

__Henry C. Ficklin__     CIVIL ACTION NUMBER _____

PLAINTIFF

VS.

__Macon-Bibb County Board of Elections__
__2445 Pio Nono Ave.__
__Macon, Georgia 31206__

DEFENDANT

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Henry C. Ficklin
1058 Columbus St.
Macon, Georgia 31201

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __28th__ day of __October__, 20__13__.

Clerk of Superior/~~State~~ Court

BY __Vicki Tulty__
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SUMMONS                    SC-85-1

IN THE SUPERIOR/~~STATE~~ COURT OF ___Bibb___ COUNTY
STATE OF GEORGIA

CIVIL ACTION NUMBER ___13CV60102___

___Henry C. Ficklin___

**PLAINTIFF**

VS.

___Jeanetta Watson, in her Official Capacity___
___2445 Pionono Ave Macon, Ga 31206___

**DEFENDANT**

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

___Henry C. Ficklin___
___1058 Columbus St.___
___Macon, Georgia 31201___

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ___28___ day of ___October___, 20 ___13___.

Clerk of Superior/~~State~~ Court

BY ___Vicki Aulbey___
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SUMMONS                    SC-85-1

IN THE SUPERIOR/~~STATE~~ COURT OF __Bibb__ COUNTY
STATE OF GEORGIA

__Henry C. Ficklin__                    CIVIL ACTION NUMBER __13CV60102__

PLAINTIFF

(Larry) vs.
__Laurence Schlesinger__

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Henry C. Ficklin
1058 Columbus St.
Macon, Georgia 31201

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __28th__ day of __October__, 20__13__.

Clerk of Superior/~~State~~ Court

BY __Vicki Tully__
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

FILED
CLERK'S OFFICE

2013 OCT 28 PM 5:00

IN THE SUPERIOR COURT OF BIBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| HENRY C. FICKLIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JANETTA WATSON, IN HER OFFICIAL | ) | CIVIL ACTION FILE NO. |
| CAPACITY AS BIBB COUNTY | ) | |
| SUPERVISOR OF ELECTIONS; | ) | 13CV60102 |
| MACON-BIBB COUNTY BOARD OF | ) | |
| ELECTIONS; and LARRY | ) | |
| SCHLESINGER | ) | |
| | ) | |
| Respondents. | ) | |

STATE OF GEORGIA
COUNTY OF BIBB

### VERIFIED AFFIDAVIT OF HENRY C. FICKLIN

COMES NOW the affiant after having been duly sworn by one authorized to administer oaths and states as follows:

1. My name is Henry C. Ficklin, and I am of sound mind, over the age of twenty-one and I make this affidavit based on my personal knowledge.

2. I was a duly qualified candidate for Macon-Bibb Commission District 2 election on September 17, 2013 and the runoff election on October 15, 2013.

3. I believe the facts contained in the Petition to Contest the results of the October 15, 2013 runoff election are true to the best of my knowledge.

13CV60102

4. I believe that qualified were not allowed to vote for the District 2 election in the October 17, 2013 runoff.

5. I believe that the election results for the October 17, 2013 runoff election are inaccurate due to the number of qualified electors who were unable to vote in the election because of ballot errors.

6. I make all these statements in good faith and in the spirit of fair, legal and impartial elections.

This 28TH day of October, 2013.

Henry C. Ficklin
AFFIANT

Sworn to and subscribed before me this 28TH day of October, 2013.

NOTARY PUBLIC

SEAL

[Notary Seal: SHEILA F. HATCHER, NOTARY PUBLIC, EXP. 8/15/17, BIBB CO., GA]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALLORY C. JONES, : | |
| : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION FILE |
| : | NO.: 5:13-cv-00232-MTT |
| MACON-BIBB COUNTY BOARD OF ELECTIONS : | |
| AND VOTER REGISTRATION; et. al. : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

    I certify that the foregoing pleading is in written in Times New Roman, 14 point font and that I filed the within and foregoing STATUS REPORT with the Court's electronic filing and service system (CM/ECF).  I further certify that I have served the within and foregoing via electronic mail to the following attorney:

Virgil L. Adams/D. James Jordan
ADAMS & JORDAN, P.C.
P. O. Box 928
Macon, GA  31201-0928
vadams@adamsjordan.com/djordan@adamsjordan.com

This 15th day of November, 2013.

                                                                                   _____
                                                                                   David F. Walbert
PARKS, CHESIN & WALBERT, P.C.    Georgia Bar No. 730450
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000