IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MALLORY C. JONES,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:13-CV-232 (CAR) |
| **MACON-BIBB COUNTY BOARD OF** | : | |
| **ELECTIONS AND VOTER** | : | |
| **REGISTRATION,** and | : | |
| **JEANETTA WATSON,** in her official | : | |
| capacity as Executive Director of the | : | |
| Bibb County Board of Elections and | : | |
| Voter Registration, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Having received the Status Report, the Court finds that no substantive issues remain pending in the above-captioned action. Therefore, the Clerk is **DIRECTED** to enter judgment in favor of Plaintiff Mallory C. Jones in accordance with the Consent Order [Doc. 5]. Plaintiff may file a motion for attorney's fees within fourteen (14) days of entry of judgment by the Clerk, as provided by Local Rule 54.1.

**SO ORDERED,** this 14th day of January, 2014.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

ADP/ssh