IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALLORY C. JONES, | * |
| Plaintiff, | * |
| v. | Case No. 5:13-CV-232-CAR |
| | * |
| MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION, and JEANETTA WATSON, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration, | * |
| | * |
| Defendants. | |

## JUDGMENT

Pursuant to this Court's Order dated January 14, 2014 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff . Plaintiff may file a motion for attorney's fees within 14 days of entry of judgment by the Clerk, as provided by Local Rule 54.1.

This 15th day of January, 2014.

Gregory J. Leonard, Clerk

s/ Charlene A. Lunsford, Deputy Clerk