UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALLORY C. JONES, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and JEANETTA WATSON, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration, | : NO.: 5:13-cv-00232-CAR |
| Defendants. | : |

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE MOTION FOR ATTORNEY'S FEES**

COMES NOW, Plaintiff MALLORY C. JONES, by and through his undersigned counsel, and moves the Court for an extension of 14 days to and including February 11, 2014 in which to file their motion for attorney's fees, which is presently due on January 28, 2014. Movants represent that opposing counsel have no objection to the requested extension.

    /s/ *A. Lee Parks*
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com

        David F. Walbert
        Georgia Bar No. 730450
        dwalbert@pcwlawfirm.com

PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000 Telephone
*Counsel for Plaintiff*

OF COUNSEL:

Harlan S. Miller
Georgia Bar No. 506709
hmiller@pcwlawfirm.com
PARKS, CHESIN & WALBERT, P.C.
3646 Vineville Avenue
Macon, GA  31204
(478) 216-8529 Telephone

         /s/  Virgil L. Adams
        *(By ALP with express permission)*
        Virgil L. Adams
        Georgia Bar No. 004625
        vadams@adamsjordan.com
        D. James Jordan
        Georgia Bar No. 404465
        djordan@adamsjordan.com

ADAMS & JORDAN, P.C.
P. O. Box 928
Macon, GA  31201-0928
(478) 743-2159 Telephone
(478) 743-4938 Facsimile

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALLORY C. JONES, : | |
| : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION FILE |
| : | NO.: 5:13-cv-00232-MTT |
| MACON-BIBB COUNTY BOARD OF ELECTIONS : | |
| AND VOTER REGISTRATION; et. al. : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading is in written in Times New Roman, 14 point font and that I filed the within and foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES and proposed ORDER with the Court's electronic filing and service system (CM/ECF). I further certify that I have served the within and foregoing via electronic mail to the following attorneys:

Virgil L. Adams/D. James Jordan
vadams@adamsjordan.com/djordan@adamsjordan.com

This 16th day of January, 2014.

/s/ A. Lee Parks
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com

PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000