UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALLORY C. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and JEANETTA WATSON, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO.: 5:13-cv-00232-CAR |

## CONSENT ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Motion for Attorney's Fees, and it appearing that said Motion is unopposed, Plaintiff is hereby granted an extension of 14 days in which to file their motion for attorney's fees through and including February 11, 2014.

SO ORDERED this ___ day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

Consented to:

   /s/  A. Lee Parks
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com
David F. Walbert
Georgia Bar No. 730450
dwalbert@pcwlawfirm.com
PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000 Telephone
*Counsel for Plaintiff*

OF COUNSEL:
Harlan S. Miller
Georgia Bar No. 506709
hmiller@pcwlawfirm.com
PARKS, CHESIN & WALBERT, P.C.
3646 Vineville Avenue
Macon, GA  31204
(478) 216-8529 Telephone

   /s/  Virgil L. Adams (by ALP w/express permission)
Virgil L. Adams
Georgia Bar No. 004625
vadams@adamsjordan.com
D. James Jordan
Georgia Bar No. 404465
djordan@adamsjordan.com
ADAMS & JORDAN, P.C.
P. O. Box 928
Macon, GA  31201-0928
(478) 743-2159 Telephone
(478) 743-4938 Facsimile
*Counsel for Defendants*