UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALLORY C. JONES, :<br>:<br>    Plaintiff, :<br>v. :<br>: CIVIL ACTION FILE<br>:<br>MACON-BIBB COUNTY BOARD OF :<br>ELECTIONS AND VOTER REGISTRATION; : NO.: 5:13-cv-00232-CAR<br>and JEANETTA WATSON, in her official :<br>capacity as Executive Director of the Bibb :<br>County Board of Elections and Voter :<br>Registration, :<br>:<br>    Defendants. | |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

Judgment having been entered on January 15, 2014 in favor of Plaintiff and the issue of attorney's fees having been reserved, the parties hereto jointly file this motion for entry of a Consent Order resolving the issue of attorney's fees and expenses.  The accompanying proposed Consent Order specifically sets forth the amount of attorney's fees to be paid by Defendants as agreed upon by both parties.

WHEREFORE, the parties respectfully move that Court enter the proposed Consent Order that accompanies this motion.

RESPECTFULLY submitted this 6th day of March, 2014.

**[CONTINUED ON FOLLOWING PAGE WITH SIGNATURES]**

/s/Virgil L. Adams
Virgil L. Adams
Georgia Bar No. 004625
vadams@adamsjordan.com


/s/D. James Jordan
D. James Jordan
Georgia Bar No. 404465
djordan@adamsjordan.com

ADAMS & JORDAN, P.C.
P. O. Box 928
Macon, GA  31201-0928
(478) 743-2159 Telephone
(478) 743-4938 Facsimile
*Counsel for Defendants*


/s/David F. Walbert
David F. Walbert
Georgia Bar No. 730450
dwalbert@pcwlawfirm.com
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com

PARKS, CHESIN &
WALBERT, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000 Telephone
*Counsel for Plaintiff*