UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALLORY C. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and JEANETTA WATSON, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO.: 5:13-cv-00232-CAR |

## CONSENT ORDER

Judgment having been entered in favor of Plaintiff on January 15, 2014, and the issue of Plaintiff's attorney's fees having been reserved. Pursuant to an agreement between the parties, Plaintiff shall recover $15,000.00 in attorney's fees and expenses of litigation from Defendants. The fee award shall be paid in full no later than March 12, 2014.

SO ORDERED, this _____ day of March, 2014.

_____
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

**[CONTINUED ON FOLLOWING PAGE WITH SIGNATURES]**

Consented to:

/s/Virgil L. Adams
Virgil L. Adams
Georgia Bar No. 004625
vadams@adamsjordan.com


/s/D. James Jordan
D. James Jordan
Georgia Bar No. 404465
djordan@adamsjordan.com

ADAMS & JORDAN, P.C.
P. O. Box 928
Macon, GA  31201-0928
(478) 743-2159 Telephone
(478) 743-4938 Facsimile
*Counsel for Defendants*


/s/David F. Walbert
David F. Walbert
Georgia Bar No. 730450
dwalbert@pcwlawfirm.com
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com

PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000 Telephone
*Counsel for Plaintiff*