IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALLORY C. JONES,<br>    Plaintiff, | :<br>:<br>: |
| v. | :<br>:   No. 5:13-CV-232 (CAR) |
| MACON-BIBB COUNTY BOARD OF<br>ELECTIONS AND VOTER<br>REGISTRATION, and<br>JEANETTA WATSON, in her official<br>capacity as Executive Director of the<br>Bibb County Board of Elections and<br>Voter Registration,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CONSENT ORDER

Before the Court is the parties' Joint Motion for Entry of a Consent Order resolving the issue of attorney's fees. The Court entered judgment in Plaintiff's favor on January 15, 2014, and allowed Plaintiff additional time in which to file a motion for attorney's fees. Having considered the parties' Joint Motion, the same [Doc. 18] is hereby **GRANTED**. Pursuant to an agreement between the parties, Plaintiff shall recover $15,000.00 in attorney's fees and litigation expenses from Defendants. The fee award shall be paid in full no later than March 12, 2014.

SO ORDERED, this 7 day of March, 2014.

C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

ADP